THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Christopher Demont Owens,       
Appellant.
 
 
 

Appeal From Lancaster County
Paul E. Short, Jr., Circuit Court Judge

Unpublished Opinion No. 2003-UP-355
Submitted March 26, 2003 - Filed May 
 21, 2003

APPEAL DISMISSED

 
 
 
Deputy Chief Joseph L. Savitz, III, of Columbia; for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, 
 of Columbia; Solicitor John R. Justice, of Chester; for Respondent.
 
 
 

PER CURIAM:  Appellant Christopher Demont 
 Owens was convicted of murder and attempted armed robbery.  The trial court 
 sentenced him to life imprisonment for the murder charge and twenty years for 
 the attempted armed robbery charge.  Counsel for Owens attached to the final 
 brief a petition to be relieved as counsel.  Owens filed a pro se response.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Owens appeal and 
 grant counsels petition to be relieved.
APPEAL DISMISSED. [1] 
CURETON, ANDERSON and HUFF, JJ., concur.

 
 [1] Owens filed a pro se motion to stay the appeal.  
 The motion is DENIED.